```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/15/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

                      Plaintiff(s),

                -against-

Changli Luo
   a/k/a "Sophia Luo"

                    Defendant(s).

25-CR-00412 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

    The Arraignment and Initial Pretrial Conference in this matter is scheduled for September 17, 2025, at 11:00 a.m. in Courtroom 906 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

Dated: September 15, 2025
       New York, New York

                                    SO ORDERED.

                                    MARGARET M. GARNETT
                                    United States District Judge