UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

CHANGLI LUO,
    a/k/a "Sophia Luo,"
    a/k/a "Sophie Luo,"


  Defendant.

**NOTICE OF APPEARANCE**

 25 Cr. 412 (MMG)

---

TO:   Clerk of Court
      United States District Court
      Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note her appearance in this case

and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted.

      Respectfully submitted,

      JAY CLAYTON
      United States Attorney for the
      Southern District of New York


By: _____

      Jaclyn Delligatti
      Assistant United States Attorney
      (212) 637-2559