LAW OFFICES OF

# Aidala, Bertuna & Kamins, P.C.

ARTHUR L. AIDALA*
MARIANNE E. BERTUNA*
HON. BARRY KAMINS (RET.)
HON. JOHN M. LEVENTHAL (RET.)
HON. DAVID L. LEWIS (RET.)
JOHN S. ESPOSITO*
MICHAEL T. JACCARINO
IMRAN H. ANSARI
DIANA FABI SAMSON**
DAVID M. SCHWARTZ*+
ANDREA M. ARRIGO*
MICHAEL F. DIBENEDETTO*
LINO J. DE MASI
ROSARIO BONA
GIOVANNI ORLANDO CONTI
ALEXANDRA JO DEBENEDICTIS

*ALSO ADMITTED IN NEW JERSEY
**ALSO ADMITTED IN CONNECTICUT
+ALSO ADMITTED IN D.C

546 FIFTH AVENUE
NEW YORK, NY 10036
TELEPHONE: (212) 486-0011
FACSIMILE: (917) 261-4832
WWW.AIDALALAW.COM

8118 - 13TH AVENUE
BROOKLYN, NEW YORK 11228
TELEPHONE: (718) 238-9898
FACSIMILE: (718) 921-3292

----------------------------

OF COUNSEL
JOSEPH A. BARATTA
ANTOINETTE LANTERI
WILLIAM R. SANTO
PETER S. THOMAS
LAWRENCE SPASOJEVICH
SIGURD SORENSON
HON. MICHAEL C. FARKAS (RET.)

----------------------------

SENIOR COUNSEL
LOUIS R. AIDALA
JOSEPH P. BARATTA

July 15, 2026

**Via ECF**

The Honorable Margaret M. Garnett
United States District Court, Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

**Re: Changli Luo, a/k/a "Sophia Luo," a/k/a "Sophie Luo" – 1:25cr412**

Dear Judge Garnett:

We represent Changli Luo ("Sophia Luo") in the above-referenced matter. We respectfully write to advise the Court that the defense intends to request an adjournment of the trial in the above-referenced matter.

After conferring with the Government, the parties have identified November 16, 2026, as a proposed trial date that is acceptable to both the Government and the defense. Accordingly, the defense respectfully requests that the Court adjourn the current trial date and schedule trial to commence on November 16, 2026, if convenient for the Court. In the event that the Court adjourns the trial date, the defense consents to the exclusion of time until November 16, 2026.

The defense also intends to file a motion seeking to sever the newly added charges from the indictment. The parties propose the following briefing schedule for that motion:

Defense motion due: August 21, 2026
Government opposition due: September 18, 2026
Defense reply due: September 25, 2026

In addition, the parties have conferred and agreed upon July 28, 2026, as the deadline for the defense to produce disclosures related to any advice of counsel defense.

If the Court is amenable to the parties' proposed dates, the parties respectfully suggest the previously scheduled July 17, 2026 follow-up status conference may be unnecessary; however, both parties remain available to appear.

Thank you for the Court's consideration of this request.

Respectfully submitted,

Arthur L. Aidala, Esq.